UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVAN STRONG,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMFIELD, *et al.*,<br><br>Defendants. | No.  1:25-cv-01038-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 9 |

Plaintiff Jovan Strong is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.  Doc. 9.  On March 13, 2026, the findings and recommendations were served on Plaintiff and contained notice that objections must be filed within thirty days.  The Court also warned that "failure to file objections in specified time may result in the waiver of rights on appeal."  *Id.* at 12 (citation omitted).  Plaintiff did not file any objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636 (b)(1), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

The Court ORDERS:

1.      The findings and recommendations issued on March 31, 2026 (Doc. 9) are ADOPTED in full.

2.      This action is DISMISSED, without prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and

3.      The Clerk of Court is directed to close this case.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE